AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA (Northern Division)__

ROBERT D. BROOKS and ALICE BRADLEY

V.

PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06 cv 680 –

TO: (Name and address of Defendant)

PACTIV Corporation
c/o The Corporation Company
2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

W. Eason Mitchell
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                    8/4/06
CLERK                                                 DATE

_[signature]_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA (Northern Division)

Robert D. Brooks and Alice Bradley

**SUMMONS IN A CIVIL ACTION**

V.

PACTIV Corporation and Louisiana-Pacific Corporation

CASE NUMBER: 2:06CV680-

TO: (Name and address of Defendant)

Louisiana Pacific Corporation
c/o United States Corporation Company
150 South Perry Street
Montgomery, AL  36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

W. Eason Mitchell
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS  39703-0866

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                                          8/4/06

CLERK                                                                          DATE

(By) DEPUTY CLERK