**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   PACTIV Corporation
   c/o The Corporation Company
   2000 Interstate Park Drive, St. 204
   Montgomery, AL 36109

2. Article Number (Transfer from service label): 7000 0520 0016 7839 1849

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature: Dawson]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes   ☐ No
   If YES, enter delivery address below:
   2:06CV680 S+C  20

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540