IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT D. BROOKS and ALICE BRADLEY, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PACTIV CORPORATION and )<br>LOUISIANA-PACIFIC CORPORATION )<br>)<br>Defendants. )<br>) | Civil Action No. 2:06-CV-680-LES-CSC |

**CONSENT ORDER ENLARGING TIME
TO RESPOND TO COMPLAINT**

With the express consent and agreement of counsel for Plaintiffs, Defendant Pactiv Corporation and Defendant Louisiana-Pacific Corporation; and

It appearing that the period of time within which Defendants may answer, plead, move, or otherwise respond to Plaintiffs' Complaint has not yet expired;

IT IS HEREBY ORDERED, in accordance with Rule 6(b) of the Federal Rules of Civil Procedure, that the time within which Defendants may answer, plead, move, or otherwise respond to Plaintiffs' Complaint be enlarged through and including September 25, 2006.

This ____ day of _____, 2006.

_____
UNITED STATES DISTRICT COURT

LEGAL02/30054243v1